## (October 6, 1980)

■ BANK OF SMITHTOWN, as Trustee under Agreement between GRACE BAKER and BANK OF SMITHTOWN, Appellant-Respondent, v NEWBROOK BUILDING CORP., Defendant, and TED S. FISHMAN, Respondent-Appellant.—In an action upon a mortgage note, the plaintiff bank and the defendant Ted S. Fishman each appeal from so much of an order of the Supreme Court, Suffolk County, dated November 2, 1979, as denied that party's motion for summary judgment. Order affirmed, without costs or disbursements. Questions of fact exist which require a plenary trial. Mollen, P. J., Damiani, Mangano and Cohalan, JJ., concur.